AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Robert Humphries
*individually and on behalf of all others similarly situated*,
   *Plaintiff*,
      v.                                   Civil Action No.   7:23-cv-05524-JDA

Harley-Davidson Inc,
   *Defendant*.

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that*:*

■ this case is dismissed.

This action was:

■ decided by the Honorable Jacquelyn D Austin, United States District Judge.

Date:  July 3, 2025                          *CLERK OF COURT*

                                         s/Alyssa Marler
                                         *Signature of Clerk or Deputy Clerk*